UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAWRENCE CUSHNIE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMERA BLUE CROSS, a Washington company,<br><br>Defendant. | CASE NO. 2:15-cv-00413RSM |
| ANN MICHELLE BLACKWOLFE and JONATHAN BLACKWOLFE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PREMERA BLUE CROSS, a Washington company,<br><br>Defendant. | Case NO. 2:15-cv-00429RSM |

ORDER STAYING CASES - 1

| | |
|---|---|
| BRADD GUENSER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMERA BLUE CROSS, a Washington corporation,<br><br>Defendant. | Case NO. 2:15-cv-00441-RSM |
| ERIC FORESTER and KAYLA SHERWOOD, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PREMERA BLUE CROSS, a Washington corporation,<br><br>Defendant. | Case NO. 2:15-cv-00499-RSM |
| SANDY ARCHIBALD, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMERA BLUE CROSS, a Washington corporation, and DOES 1-50,<br><br>Defendants. | CASE NO. 2:15-cv-00505-RSM |
| HOWARD KAPLOWITZ, individually and on behalf of all others similarly situated, | CASE NO. 2:15-cv-00512-RSM |

| | |
|---|---|
| Plaintiff, | |
| v. | |
| PREMERA BLUE CROSS, a Washington corporation, | |
| Defendant. | |
| KENT W. UNDERWOOD, individually and on behalf of all others similarly situated, | CASE NO. 2:15-cv-00516-RSM |
| Plaintiff, | |
| v. | |
| PREMERA BLUE CROSS, a Washington corporation, | |
| Defendant. | |
| LYNNE BURKHARDT, individually and on behalf of all others similarly situated, | |
| Plaintiff, | CASE NO. 2:15-cv-00523-RSM |
| v. | |
| PREMERA BLUE CROSS, a Washington corporation, and DOES 1-50, | |
| Defendants. | |
| MARIA S. WEBB, et al., | |
| Plaintiffs, | CASE NO. 2:15-cv-00539RSM |
| v. | |

| | |
|---|---|
| PREMERA BLUE CROSS, a Washington corporation,<br><br>              Defendant. | |
| CASEY DEVINE, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>    v.<br><br>PREMERA BLUE CROSS, a Washington corporation,<br><br>              Defendant. | CASE NO. 2:15-cv-00546RSM |
| JOANN V. WELCH, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>    v.<br><br>PREMERA BLUE CROSS, a Washington corporation, and DOES 1-10,<br><br>              Defendants. | CASE NO. 2:15-cv-00552-RSM |
| MARIANNA POWERS, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>    v.<br><br>PREMERA BLUE CROSS, a Washington corporation, | CSE NO. 2:15-cv-00558RSM |

|  | |
|---|---|
| Defendant. | |
| SAMUEL CASTANON III, et al., individually and on behalf of all others similarly situated, | CASE NO. 2:15-cv-00445-RSM |
| Plaintiffs, | |
| v. | |
| PREMERA BLUE CROSS, a Washington corporation, | |
| Defendant. | |
| TENNIELLE COSSEY, et al., individually and behalf of all others similarly situated, | CASE NO. 2:15-cv-00472-RSM |
| Plaintiffs, | |
| v. | |
| PREMERA BLUE CROSS, a Washington corporation, | |
| Defendant. | |

## ORDER STAYING CASES

Currently pending before the Judicial Panel on Multidistrict Litigation (the "Panel") is a motion to transfer the above-captioned cases for consolidated pretrial proceedings. *See In re Premera Blue Cross Customer Data Security Breach Litigation*, MDL No. 2633. Accordingly, for the sake of judicial economy and in order to facilitate the multidistrict litigation process, the Court hereby ORDERS that the above-captioned proceedings and all deadlines therein are STAYED pending the Panel's determination on transfer and consolidation. The Court further

1  ORDERS that the following Unopposed Motions to Stay are GRANTED: *Cushnie v. Premera Blue Cross*, Case No. 15-cv-413RSM (Dkt. # 11), and *Guenser v. Premera Blue Cross*, Case No. 15-cv-441RSM (Dkt. # 17).

DATED this 13 day of April 2015.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE